IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES WASHINGTON          *
610 N. Augusta Avenue
Baltimore, MD 21229       *

                          *
                              CIVIL ACTION NO. _____
                          *

LOCAL UNION NO. 639
Bldg., Inc.               * CASE NUMBER 1:06CV01207
3100 Ames Place, N.E.
Washington, D.C. 20018    * JUDGE: Henry H. Kennedy

and                       * DECK TYPE: Labor/ERISA (non-employment)

HARGROVE, INC.            * DATE STAMP: 06/30/2006
One Hargrove Drive
Lanham, MD 20706          *

**JURY ACTION**

## NOTICE OF REMOVAL

Pursuant to 28 U.S. C. Secs. 1331 and 1441(b) and 29 U.S.C. Sec. 185, Defendant Hargrove, Inc., ("Defendant", or "Hargrove"), removes to this Court the State action described below:

1. Plaintiff James Washington, ("Plaintiff" or "Washington"), filed a breach of contract action in the Superior Court of the District of Columbia, captioned "James Washington v. Local Union No. 639 and Hargrove, Inc., Civil Action No. 06 CA 00004544B", on June 13, 2006.

2. This Court has original jurisdiction of Plaintiff's action under 28 U.S.C. Sec. 1331, because Plaintiff's action is a civil suit which raises a federal law question and is one that may be removed by Defendant pursuant to 28 U.S.C. Sec. 1441(b), in that Plaintiff states a claim under Section 301 of the Labor Management Relations Act,

1

("LMRA"), 29 U.S.C. Sec. 185; and Section 301 of the LMRA preempts Plaintiff's asserted State law breach of contract claim.

3. During the relevant time period alleged in Plaintiff's Complaint, Plaintiff performed truck driving services for Defendant Hargrove, for which services Plaintiff alleges he satisfied the requirements for obtaining "seniority" under the terms of Hargrove's then current collective bargaining Agreement with Defendant Teamsters Local Union No. 639 ("the Union" or "Local 639"). According to Plaintiff, Defendant Hargrove denied him seniority, allegedly in breach of the collective bargaining Agreement with the Union.

4. Plaintiff's claim against both Hargrove, Inc., and the Union requires an interpretation of the provisions of the collective bargaining Agreement between Hargrove and the Union, under Section 301 of the LMRA, 29 U.S.C. Sec. 185, governing enforcement of collective bargaining Agreements.

5. Defendant Hargrove is filing this Notice of Removal within thirty (30) days of Plaintiff's filing his Complaint, on or about June 13, 2006, setting forth his claim for relief. A true and correct copy of Plaintiff's Complaint is attached hereto as "Exhibit A." In accordance with 28 U.S.C. § 1446(a) these are all of the process, pleadings and orders served upon the defendants in this action

6. Defendant's Answer is due by Monday, July 10, 2006.

7. Upon filing of this Notice, Defendant will properly serve written notice to all adverse parties and will file a copy of such notice with the Clerk of the D.C. Superior Court, District of Columbia. All defendant consent to the removal of this action.

WHEREFORE, Defendant Hargrove, Inc. hereby prays that this cause be removed to the United States District Court for the District of Columbia.

Respectfully submitted,

_____
Andrew J. Terrell, Bar No. (#431362)
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036
Tel:    (202)659-6800
Fax:    (202)331-0573
aterrell@wtplaw.com


Of Counsel:
Norman R. Buchsbaum
Law Office of Norman R. Buchsbaum
Inner Harbor Center, Suite 600
400 East Pratt Street
Baltimore, Maryland 21202-3126
Tel: (410)332-1343
Fax: (410)625-1073
NBuchs6124@aol.com


Dated this 30th day of June, 2006
at Washington, D.C.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of ~~July~~ JUNE, 2006, one (1) copy of the foregoing Notice of Removal and Notice of Filing has been served by mailing same, United States first-class mail, postage prepaid, to Plaintiff James Washington by and through his attorney, Rosalind R. Ray, Esquire at the address stated below; and one (1) copy upon Defendant Local 639 by and through its attorney, John R. Mooney, Esquire, at the address stated below:

Rosalind R. Ray, Esq., 457514
6856 Eastern Avenue, N.W.
Suite 208
Washington, D.C. 20012
(Attorney for Plaintiff James Washington)

John R. Mooney, Esquire
Mooney, Green, Baker & Saindon, P.C.
Suite 400
1920 L Street, N.W.
Washington, D.C. 20036
(Attorney for Defendant Local 639).

_____
Andrew J. Terrell

COPY

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

James Washington )
610 N. Augusta Avenue )
Baltimore, MD 21229 )
) 0004544-06
)
    Plaintiff, )
)
vs. ) Civil Action No._____
)
) Judge _____
Local Union No. 639, )
Bldg,Inc. )
3100 Ames Place, N.E. )
Washington, DC 20018 )
)
Serve: Phillip A. Feaster )
Registered Agent )
3100 Ames Place, N.E. )
Washington, DC 20018 )
)
    and )
)
Hargrove, Inc. )
One Hargrove Drive )
Lanham, MD 20706 )
)
Serve: )
Refagent, Inc )
Registered Agent )
7 St. Paul Street, #1500 )
Baltimore, Md. 21201 )
)
    Defendants. )

RECEIVED
Civil Clerk's Office
JUN 13 2006
Superior Court of the
District of Columbia
Washington, D.C.

EXHIBIT A

## COMPLAINT FOR BREACH OF CONTRACT

Comes now the Plaintiff, James Washington, by and through the undersigned counsel and represents to this Honorable Court as follows:

06 1207

1. That this Court has jurisdiction pursuant to The D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

2. That on or about August, 2004, plaintiff began working consecutively for Defendant Hargrove pursuant to the contract terms

FILED
JUN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

of the Trade Show Contractors Association of Washington, DC and Vicinity and The Teamsters' Local Union 639.

3. That Plaintiff continued to work consecutively up to November, 2004, ultimately fulfilling the requirement of working for thirty (30) days in a sixty (60) day period.

4. That Plaintiff met the requirements of Article 5 Section 2b which entitled Plaintiff to receive the status of "Senior Employee", thereby entitling Plaintiff to be placed on the Seniority List.

5. That Plaintiff contacted Defendant Local Union 639 re: Defendant's failure to abide by the agreement and filed a grievance reporting form with Local Union 639 on or about May 29, 2005;

6. That Defendant Hargrove breached this contract by not putting Plaintiff on the Seniority List and That Defendant Local Union 639 breached this contract by not protecting Plaintiff's rights and/or holding the Step 2 grievance meeting on behalf of Plaintiff after Plaintiff made the request.

7. That these breaches were and are the direct and proximate cause of Plaintiff's inability to work as a senior employee of Hargrove and the cause of Plaintiff not being able to make the monies that a senior employee is entitled to.

8. That Defendant Hargrove has intentionally not called Plaintiff to work since Plaintiff has complained of these wrongdoings.

9. That Plaintiff was injured financially and inconvenienced as a result of these breaches and has suffered tremendous monetary damages.

WHEREFORE, Plaintiff prays as follows:

1.  That the Court enter a order in the amount of two hundred fifty thousand dollars ($250,000.00) for lost wages, and pain & suffering be paid to Plaintiff by Defendants jointly and/or severely;

2.  That Plaintiff is added to the seniority list at Hargrove;

3.  That Plaintiff is awarded counsel fees and costs of this action.

4.  And for such other and further relief as to this Court may seem just and proper.

I swear and affirm to the best of my knowledge and belief that the statements in this complaint are true.

*James Washington*
James Washington


Respectfully submitted

*Rosalind R. Ray*
Rosalind R. Ray, Esq., #457514
6856 Eastern Ave., NW, Suite 208
Washington, DC  20012
202-722-7282
Plaintiff's Counsel

JURY TRIAL REQUESTED



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JAMES WASHINGTON
Vs.
LOCAL UNION NO. 639

C.A. No.    2006 CA 004544 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge JUDITH E RETCHIN
Date: June 13, 2006
Initial Conference: 9:30 am, Friday, September 15, 2006
Location: Courtroom 220
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia

CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

James Washington
610 N. Augusta Ave.
Baltimore, MD 21229
*Plaintiff*

vs.

Hargrove, Inc.
One Hargrove Dr.
Lanham, MD 20706
*Defendant*

Serve: Refagent, Inc., Registered Agent
7 St. Paul St. #1500
Baltimore, MD 21201

0004544-06

Civil Action No. _____

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party palintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the adddress stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 a.m. and 4:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Law Offices Rosalind R. Ray, PLLC
c/o Rosalind R. Ray
**Name of Plaintiff's Attorney**

6856 Eastern Ave, NW #208
Wash, DC 20012
**Address**

202-722-7282
**Telephone**

Clerk of the Court

By _____
Deputy Clerk

Date: 06-13-06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Dec. 91
2-0885-1 wd 375

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.