CO-386
Rev. 10/03

**FILED**

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

James Washington                   )
                                   )
                                   )
            Plaintiff              )
                                   )
        v.                         )      CASE NUMBER   1:06CV01207
                                   )
Local Union 639, etal              )      JUDGE: Henry H. Kennedy
            Defendant              )
                                   )      DECK TYPE: Labor/ERISA (non-employment)
                                   )
                                   )      DATE STAMP: 06/30/2006

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for ___Hargrove, Inc._____ ,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of _____ , which have any outstanding securities in

the hands of the public.  ___None_____

_____

_____.

        These representations are made in order that judges of this court may determine the need for
recusal.

                                        Attorney of Record

                                        _Andrew J Terrell /SMG_____

                                        Signature

___431362_____                    _Andrew J Terrell_____

**Bar Identification Number**           Print Name

                                        _1625 Conn. Ave NW #400_

                                        Address

                                        _WASHINGTON DC 20036_

                                        City            State       Zip

                                        _800 655-6880_____

                                        Telephone Number

2