IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES WASHINGTON** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 1:06CV01207 (HHK) |
| | : | |
| **LOCAL UNION NO. 639, et al.** | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT HARGROVE, INC.'S CONSENT MOTION
TO ADMIT NORMAN R. BUCHSBAUM *PRO HAC VICE***

COMES NOW Hargrove, Inc. ("Hargrove"), a defendant in the above above-captioned civil action, by its undersigned attorneys, in accordance with Rule LCrV 83.2 of the Rules of the United States District Court for the District of Columbia with its Motion for the admission of Norman R. Buchsbaum P*ro Hac Vice* to represent Hargrove in this matter and in support thereof states as follows:

1. Mr. Buchsbaum is a member in good standing in the state bars of Georgia and Maryland and a variety of Federal Courts. Mr. Buchsbaum's Declaration, prepared in accordance with Rule LCvR 83.2 (d) is attached hereto and incorporated herein by reference.

2. Mr. Buchsbaum does not have an office located within the District of Columbia. Accordingly, Rule LCvR 83.2 (c)(2) is not applicable to this case.

3. In accordance with Rule LCvR 7 (m) of the Rules of this Court, the undersigned counsel for Hargrove discussed the substance of this Motion with opposing counsel and opposing counsel did not have any objection to the relief sought in this Motion.

WHEREFORE, for the reasons set forth herein, the defendant Hargrove, Inc., moves this Honorable Court for entry of an Order granting its Motion to allow its counsel. Norman R. Buchsbaum, to participate on Hargrove's behalf in this case *Pro Hac Vice* and for such other and further relief as the Court deems proper.

        Respectfully submitted,

        _____//s//_____
        Andrew J. Terrell, (Bar No. 431362)
        WHITEFORD, TAYLOR & PRESTON, L.L.P.
        1025 Connecticut Avenue, N.W., Suite 400
        Washington, D.C.  20036
        Phone:      202-659-6800
        Fax:        202-331-0573
        E-mail:     aterrell@wtplaw.com

Of Counsel:

Norman R. Buchsbaum (Bar No. 01892, D.MD)
Inner Harbor Center, Suite 600
400 East Pratt Street
Baltimore, Maryland  21202-3126
Phone:      410-332-1343
Fax:        410-625-1073
E-mail:     NBuchs6124@aol.com

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 7th day of July, 2006, a copy of the foregoing Consent Motion with attached Declaration was served via first class mail postage prepaid to:

Rosalind R. Ray, Esquire
6856 Eastern Avenue, NW Suite 208
Washington, DC 20012

John R. Mooney, Esquire
Mooney, Green, Baker & Saindon, P.C.
1920 L St., N.W., Suite 400
Washington, DC  20036

_____//s//_____
Andrew J. Terrell