IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES WASHINGTON           :
                           :
    Plaintiff,             :
                           :
v.                         :   Case No: 1:06CV01207HHK
                           :
LOCAL UNION NO. 639, et al.:
                           :
    Defendants.            :

### DECLARATION BY NORMAN R. BUCHSBAUM

Norman R. Buchsbaum, in accordance with Rule LCvR 83.2 (d) of the Rules of the United States District Court for the District of Columbia, declares as follows:

1. My full name is Norman R. Buchsbaum.

2. My address is Inner Harbor Center, Suite 600, 400 East Pratt Street Baltimore, Maryland 21202-3126. The phone number is (410) 332-1343. The facsimile number is (410) 625-1073.

3. I am a member of the State Bars of Georgia and Maryland. I am admitted to the United States Supreme Court, the District of Columbia Circuit Court of Appeals, the Third Circuit Court of Appeals, the Fourth Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Seventh Circuit Court of Appeals, the Eighth Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, the United States District Court for the District of Maryland and the United States District Court for the Northern District of Georgia.

4. I hereby certify that have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not have an office in the District of Columbia.

I certify that the information set forth above is true and correct.

_____
Norman R. Buchsbaum

*189325*