IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES WASHINGTON** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No: 1:06CV01207HHK |
| | : |
| **LOCAL UNION NO. 639, et al.** | : |
| | : |
| Defendants. | : |

## ORDER

UPON CONSIDERATION of the defendant Hargrove, Inc.'s Consent Motion to allow its counsel Norman R. Buchsbaum, in accordance with Rule LCvR 83.2 (d) of the Rules of the United States District Court for the District of Columbia, to appear in this case *pro hac vice*

IT IS THIS ____ DAY OF _____, 2006

ORDERED that the Motion be and hereby is GRANTED and Norman R. Buchsbaum may participate in this case, on behalf of Hargrove, Inc., *pro hac vice*.

_____
United States District Court Judge

Copies to:

Andrew J. Terrell, Esquire
Norman R. Buchsbaum, Esquire
Rosalind R. Ray, Esquire
John R. Mooney, Esquire

*189329*