IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:06cv01207 (HHK) |
| ) | |
| TEAMSTERS LOCAL UNION NO. 639, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ANSWER OF DEFENDANT TEAMSTERS LOCAL UNION NO. 639

Defendant Teamsters Local Union No. 639 ("Union"), by its undersigned counsel, hereby submits its Answer to Plaintiff's Complaint.[1]  The Union answers the allegations in the Complaint as follows:

1.  The allegations set forth in Paragraph One of the Complaint are legal conclusions to which no response is required.  The Union otherwise denies the remaining allegations set forth in Paragraph One of the Complaint.

2.  The Union is without sufficient information to either admit or deny the factual allegations set forth in Paragraph Two of the Complaint.

3.  The Union is without sufficient information to either admit or deny the factual allegations set forth in Paragraph Three of the Complaint.

4.  The Union is without sufficient information to either admit or deny the factual

---

[1] Plaintiff initially filed his Complaint in the Superior Court of the District of Columbia on or about June 13, 2006.  Defendant Hargrove, Inc. subsequently removed the state action to this Court on or about June 30, 2006.  The Union consents to this removal as appropriate for the reasons set forth in the Notice of Removal filed by Defendant Hargrove.

allegations set forth in Paragraph Four of the Complaint.

5. The Union is without sufficient information to either admit or deny the factual allegations set forth in Paragraph Five of the Complaint.

6. The Union denies the factual allegations set forth in Paragraph Six of the Complaint.

7. The Union denies the factual allegations set forth in Paragraph Seven of the Complaint.

8. The Union denies the factual allegations set forth in Paragraph Eight of the Complaint.

9. The Union denies the factual allegations set forth in Paragraph Nine of the Complaint.

By way of further Answer, the Union submits that Plaintiff is not entitled to any of the relief requested in the Complaint. Moreover, any remaining allegations set forth in the Complaint that have not been specifically addressed above, are denied.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, the Union sets forth the following affirmative defenses:

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. The claims in the Complaint are time barred based upon the applicable statute of limitations.

3. Plaintiff's claims are preempted by federal law.

4. Plaintiff has failed to exhaust internal union remedies.

5. The contractual issue raised by Plaintiff's claims has been fully and finally resolved through a binding arbitration decision and cannot be relitigated in this Court.

Respectfully submitted,

    /s/ Mark J. Murphy
Mark J. Murphy, Bar No. 453060
John R. Mooney
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W., Suite 400
Washington, DC 20036
(202) 783-0010
(202) 783-6088 - fax

Counsel for Teamsters Local Union No. 639

Date:   July 7, 2006

## **CERTIFICATE OF SERVICE**

I certify that on this the 7th day of July, 2006, a true and correct copy of the Answer of Defendant Teamsters Local Union No. 639 was sent by first class mail, postage prepaid to the following:

>Rosalind R. Ray, Esq.
>6856 Eastern Avenue, N.W.
>Suite 208
>Washington, D.C. 20012
>
>Andrew J. Terrell, Esq.
>Whitford, Taylor & Preston, LLP
>1025 Connecticut Ave., N.W.
>Suite 400
>Washington, D.C. 20036
>
>Norman R. Buchsbaum, Esq.
>Inner Harbor Center
>Suite 600
>400 East Pratt Street
>Baltimore, MD 21202

/s/ Mark J. Murphy