IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Washington
610 N. Augusta Avenue
Baltimore, MD 21229

Plaintiff,

vs.

Local Union No. 639,
Bldg,Inc.
3100 Ames Place, N.E.
Washington, DC 20018

Serve: Phillip A. Feaster
Registered Agent
3100 Ames Place, N.E.
Washington, DC 20018

and

Hargrove, Inc.
One Hargrove Drive
Lanham, MD 20706

Serve:
Refagent, Inc
Registered Agent
7 St. Paul Street, #1500
Baltimore, Md. 21201

Defendants.

CASE No.1:06CV01207
Judge Kennedy

MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff, James Washington, by and through the undersigned counsel to request that this case be Dismissed with Prejudice.

Respectfully submitted,

Rosalind R. Ray, Esq.
District of Columbia. Bar No.457514
6856 Eastern Ave., NW, Suite 208
Washington, DC 20012
202-722-7282
Plaintiff's Counsel

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 26th day of July, 2006, a copy of the foregoing Motion to Dismiss was electronically mailed to:

Judge Kennedy
dcd_cmef@dcd.uscourt.gov

John R. Mooney, Esq.
jmooney@mooneygreen.com

Mr. Mark Murphy
mmurphy@mooneygreen.com

Mr. Timothy McGill
tmcgill@hargroveinc.com

and

Mr. Frederick Strickland
fstrickland@hargroveinc.com

Rosalind R. Ray, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of July, 2006, a copy of the foregoing Motion to Dismiss was mailed first class, postage prepaid to:

Norman R. Buchsbaum, Esq.
Inner Harbor Center, Suite 600
400 Pratt Street
Baltimore, Maryland 21202-3126

Andrew J. Terrell, Esq.
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.,
Suite 400
Washington, DC 20036

and

John R. Mooney, Esq.
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W.
Suite 400
Washington, DC 20036

Rosalind R. Ray, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James Washington )
610 N. Augusta Avenue )
Baltimore, MD 21229 )
)
Plaintiff, )
)
vs. ) CASE No.1:06CV01207
) Judge Kennedy
Local Union No. 639, )
Bldg,Inc. )
3100 Ames Place, N.E. )
Washington, DC 20018 )
)
Serve: Phillip A. Feaster )
Registered Agent )
3100 Ames Place, N.E. )
Washington, DC 20018 )
)
and )
)
Hargrove, Inc. )
One Hargrove Drive )
Lanham, MD 20706 )
)
Serve: )
Refagent, Inc )
Registered Agent )
7 St. Paul Street, #1500 )
Baltimore, Md. 21201 )
)
Defendants )

ORDER

Upon Consideration of the Plaintiff's Motion to Dismiss this case with Prejudice and according to the rules of this Court, it is this__________ day of _____________, 2006 that said motion is GRANTED

___________________________
JUDGE

cc:

Norman R. Buchsbaum, Esq.
Inner Harbor Center, Suite 600
400 Pratt Street
Baltimore, Maryland 21202-3126

Andrew J. Terrell, Esq.
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, N.W.,
Suite 400
Washington, DC 20036


John R. Mooney, Esq.
jmooney@mooneygreen.com
Mooney, Green, Baker & Saindon, P.C.
1920 L Street, N.W.
Suite 400
Washington, DC 20036

Mr. Mark Murphy
mmurphy@mooneygreen.com


Mr. Timothy McGill
tmcgill@hargroveinc.com

and

Mr. Frederick Strickland
fstrickland@hargroveinc.com

Case 1:06-cv-01207-HHK    Document 7    Filed 07/26/2006    Page 7 of 7