IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES WASHINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>TEAMSTERS LOCAL UNION NO. 639, et al.,<br><br>        Defendants. | Case No. 1:06cv01207 (HHK) |

**RESPONSE TO PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE**

Defendant Teamsters Local Union No. 639 ("Union"), by its undersigned counsel, hereby submits its response to Plaintiff's Motion to Dismiss with Prejudice. The Union consents to Plaintiff's motion and respectfully requests that the Court issue an Order dismissing the above captioned case with prejudice.

                                      Respectfully submitted,

                                      /s/ Mark J. Murphy
                                    Mark J. Murphy, Bar No. 453060
                                    John R. Mooney
                                    Mooney, Green, Baker & Saindon, P.C.
                                    1920 L Street, N.W., Suite 400
                                    Washington, DC 20036
                                    (202) 783-0010
                                    (202) 783-6088 - fax

                                    Counsel for Teamsters Local Union No. 639

Date: July 27, 2006

## CERTIFICATE OF SERVICE

I certify that on this the 27th day of July, 2006, Defendant's Response to Plaintiff's Motion to Dismiss was filed electronically and a true and correct copy of the Response was also sent by first class mail, postage prepaid to the following:

> Rosalind R. Ray, Esq.
> 6856 Eastern Avenue, N.W.
> Suite 208
> Washington, D.C. 20012
>
> Andrew J. Terrell, Esq.
> Whitford, Taylor & Preston, LLP
> 1025 Connecticut Ave., N.W.
> Suite 400
> Washington, D.C. 20036
>
> Norman R. Buchsbaum, Esq.
> Inner Harbor Center
> Suite 600
> 400 East Pratt Street
> Baltimore, MD 21202

                                              /s/ Mark J. Murphy